Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Sean Paul Benton      **Case Number:** 10-CR-10329 - *RGS*

**Name of Sentencing Judicial Officer:** The Honorable Barbara M. G. Lynn, U.S. District Judge, Northern District of Texas

**Name of Assigned Judicial Officer:** To be determined

**Date of Original Sentence:** 6/26/09

**Date of Transfer of Jurisdiction:** 10/12/10

**Original Offense:** Conspiracy to Obstruct Justice, in violation of 18 U.S.C. § 1512(k)

**Original Sentence:** 18 months' custody, followed by 24 months' supervised release

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 11/12/10

---

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| I | **Violation of Special Condition #5: The defendant is to reside at a Residential Re-Entry Center for a period of up to six (6) months, or until he can secure adequate housing, as approved by the Probation Office.** |

Sean Benton completed his Bureau of Prisons ("BOP") custodial sentence on 11/12/10, on which date he began his term of supervised release. Mr. Benton had resided at the Coolidge House, a Residential Re-Entry Center located in Boston, MA, as a BOP inmate since 10/22/10. From 11/12/10 - 4/14/11, Mr. Benton remained at the Coolidge House, pursuant to his special conditions of supervised release, without any significant incidents.

On the evening of 4/14/11, the Coolidge House staff discovered that Mr. Benton was in possession of a cellular telephone, in violation of program rules. Mr. Benton initially denied possessing the cell phone. He then became argumentative with staff, and he refused to consent to a pat-frisk, which is a standard safety procedure in the program. Mr. Benton ultimately turned the cell phone over to Coolidge House staff, but he refused to disclose from whom he obtained the cell phone. As a result of his actions, Mr. Benton was terminated from the Coolidge House on 4/16/11.

---

**U.S. Probation Officer Action:** While Mr. Benton's case originated in the Northern District of Texas, Mr. Benton is from Massachusetts. He has no ties to, or other connection with, the Northern District of Texas. Therefore, prior to his release from BOP custody, Mr. Benton's case and supervision were transferred to this District. Mr. Benton

Prob 12A                                    - 2 -                              **Report on Offender**
                                                                                **Under Supervision**

could not identify an appropriate release address in Massachusetts (his parents lived in subsidized housing, and he had no other friends or family with whom he could reside), so he agreed to a modification of his special conditions of supervised release to add Special Condition #5 providing for Residential Re-Entry Center ("RRC") placement. The Court in the Northern District of Texas approved the modification prior to the transfer of jurisdiction. This special condition was added to assist Mr. Benton with his homelessness; it was not a response to any noncompliance.

Mr. Benton reported the 4/14/11 Coolidge House almost immediately after it occurred. The Probation Office followed up with the Coolidge House staff and with Mr. Benton to obtain all relevant information and documentation. The Probation Office also processed the incident with Mr. Benton, who expressed shame and remorse for his conduct. Mr. Benton was able to identify both his problematic thinking and behaviors, as well as identify more positive alternatives. The Probation Office has worked with Mr. Benton and his family to arrange appropriate housing now that he is no longer at the RRC, and it appears that he and his father are securing an unsubsidized apartment that should be appropriate for supervision.

As discussed above, Mr. Benton recognizes the poor choices he made leading to his RRC termination. Prior to 4/14/11, his RRC stay had been absent of any significant negative issues. Also, as mentioned above, Mr. Benton's RRC placement was implemented due to his condition of being homeless, not as a punishment or sanction. Mr. Benton is currently residing with his grandmother in Malden, MA on a temporary basis while he and his father secure a more permanent apartment. For those reasons, the Probation Office suggests that no formal judicial action is required at this time. The Probation Office will continue to assist and monitor Mr. Benton with regard to housing and other issues related to his re-entry. The Probation Office will notify the Court of any significant issues if they arise. If the Court agrees with this recommendation, it is respectfully requested that Your Honor indicate so in the space provided below. The probation officer is available to answer any questions Your Honor may have about this issue.

Reviewed/Approved by:                                    Respectfully submitted,

/s/ Joseph laFratta                          By          /s/ Brett L. Wingard
Joseph LaFratta                                          Brett L. Wingard
Supervising U.S. Probation Officer                       U.S. Probation Officer
617-748-4230                                             617-748-9192
                                                         Date: 5/3/11

[✓]  Approved
[ ]  Submit a Request for Modifying the Conditions or Term of Supervision
[ ]  Submit a Request for Warrant or Summons
[ ]  Other

_____
Signature of Judicial Officer

5-4-11.
_____
Date